UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE


United States of America,
                Pliantiff,


v.                                    13-117-LPS


Festus Frimpong,
                Defendant.
_____/


Honorable Leonard P. Stark
United States District Judge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Dear Honorable Stark:

        Motion for Return of Seized Property
        Pursuant to Fed.R.Crim.P. Rule 41(g)

        Defendant Festus Frimpong, acting pro Se in the above referenced

case, respectfully submits this motion pursuant to Rule 41(g) of

the Federal Rule of Criminal Procedure, to compel the government,

namely, Special Agents of the Federal Bureau of Investigation (FBI),

the agents involved in his arrest and search of his house on November

7, 2013, to return to this defendant, his Ghanian International

Passport that they retrieved from his house at the time of his arrest.

## Jurisdiction

### Rule 41(g) Provides as Follows:

        A person aggrieved . . . by the deprivation of property may

move for the property's return . . . The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

It is well settled that upon the termination of criminal proceedings, seized property, other than contraband, should be returned to the rightful owner. United States v. David, 131 F. 3d 55, 59 (2d Cir. 1997). The motion must befiled in the district where the property was seized.

## Statement of Facts

Defendant Festue Frimpong, a Ghanian citizen, was arrested on November 7, 2013, and he was later charged and convicted on Fraud charge.

At the time of his arrest, special agents of the FBI searched his house and retrieved his Ghanian International Passport, a Blackberry cell phone and HP Laptop computer that belong to the defendant. The defendant is currently serving his federal sentence at Moshannon Valley Correctional Center.

## Discussion

Mr. Frimpong request that his passport, Blackberry cell phone and HP Laptop computer be returned to him now that the criminal proceedings against him has been terminated, it is no longer needed as evidence and the government has no legitimate reason to retain the properties. See, Lavin v. United States, 299 F. 3d 123, 127-28

(2d Cir. 2002); see also id at 128 ("A defendant's right to the return of lawfully seized property is subject to the government's legitimate continuing interest in that property.

### CONCLUSION

Mr. Frimpong has not voluntarily, willingly or expressly transferred any interest he may have had in the seized Passport and as a result, he still holds property right to his Passport and now, he seeks the return of his Passport, cell phone and HP Laptop computer.


Respectfully Submitted


Festus Frimpong
Defendant Pro Se
BOP # 07651-015
Moshannon Valley Correctional Center
555-I Geo Drive
Philipsburg, PA 16866

Commonwealth of Pennsylvania
County of _Clearfield_

### Sworn Affidavit

### Please Mail the Passport to the following Address

Mr./Ms.    Passmore

Case Manager
Moshannon Valley Correctional Center
555-I Geo Drive
Philipsburg, PA 16866

Sworn to and subscribed before me
this _14_ day of _Dec_, 20_16_

Festus Frimpong
Defendant Pro Se

Sworn Before Me, on this _14_ day of _Dec._

2016

Ellen Magyar
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Ellen Magyar, Notary Public
Cooper Twp., Clearfield County
My Commission Expires April 23, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Festus Frimpong
BOP # 07651-015
Moshannon Valley Correctional Center
555-I Geo Drive
Philipsburg, PA 16866

Legal Mail

Clerk of Court
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

1SBCi+3Ei9

2016 DEC 19 PH 4:36

FOREVER